DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

L.W.O.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0885
_____

June 26, 2024

Appeal from the Circuit Court for Manatee County; Susan Maulucci,
Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Clara V. Murga,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.